FILED
APR 25 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

7:18-CV-075

Dear Honorable courts to whom this may concern, I understand that you have a busy Schedule, But if possible, I Victor Manuel Ortiz, Ask you to take me into Consideration and take the time to read and Look into what I am addressing to you on this Letter. I was arrested on June/20/17, And shortly after I had a U.S. Marshal hold on me, till this day I still have the U.S. Marshal hold, I would like to know in a professional Manner, what is going to happen with my supervised realease, since I have been incocerated for all this time with a U.S. Marshal hold. And still have not been to any arraignment in this matter. This is a very frustrating situation I have gone through trying to get this matter to your attention. And still I do not get no type of reply in this matter, Can you please Answer me back in a professional time limit standard on what I am Addressing to you on this Letter. I am taking the proper steps. Thank you and may God bless you all.

Respectfully x Victor Ortiz

What Are the proper procedures for me to find out why I have been haveing a U.S. Marshal hold and still have not been to no type of arraignment or stood infront of no federal Judge. please Help me in this matter.

Victor Manuel Ortiz #103475
Jack Harwell Detention Center
3101 East Marlin Drive
Waco, TX 76705



**RECEIVED**

APR 25 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Clerk, U.S. Distric
Western District of Texas
United States Court House
200, E. Wall Street, #222
Midland, TX 79701

**INMATE MAIL**